**Tom McAvity, 034403**
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LYNNETTA D BROWN,<br><br><br>Debtor. | Chapter: 13<br><br>Case No. 2:20-bk-13418-DPC<br><br>**NOTICE OF HEARING ON MOTION TO CONTINUE SECTION 362(a) STAY** |

  PLEASE TAKE NOTICE that on **January 5, 2021 at 10:00 AM, a hearing will be had on the Debtor's Motion to Continue the Section 362(a) Stay.**

  All appearances will be by via videoconference using Zoom for Government. Interested parties may appear at this videoconference hearing using one of the following options:

  **1.** Open an internet browser window (Chrome is recommended) and navigate to https://www.zoomgov.com.

    a. Click on "Join a Meeting" and enter the **Hearing ID: 161 149 1702**. Follow on−screen instructions, including entering your full name (First, Last), and entering the **Passcode: 867304**.

    b. Click on the Videoconference Hearing link:
https://www.zoomgov.com/j/1611491702?pwd=SkNOdnpLYit5UXdFYVN1d2Vsa2loUT09.

  **2.** Follow the on−screen instructions, and ensure that your full name (First, Last) is displayed for the record.

  The Court expects all parties to appear by video. If a video connection is not possible, parties may appear via audio only by calling 877−873−8018, access code 7217155.

Dated: December 28, 2020

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 28th day of December 2020 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward J Maney, Trustee
101 N. First Ave
Suite 1775
Phoenix, Arizona 85003

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:20-bk-13418-DPC<br>District of Arizona<br>Phoenix<br>Mon Dec 28 10:50:08 MST 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
| ARIZONA DEPARTMENT OF REVENUE<br>c/o Tax, Bankruptcy and Coll<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | Affiliated Hospitals<br>9225 N. 3rd St<br># 300<br>Phoenix AZ 85020-2447 | Affirm Inc<br>Affirm Incorporated<br>Po Box 720<br>San Francisco CA 94104-0720 |
| America First Credit<br>Attn: Bankruptcy<br>Po Box 9199<br>Ogden UT 84409-0199 | Amita Health Medical Group<br>POB 190000<br>Belfast ME 04915 | Arizona Department of Revenue<br>Attention BK Payment Unit<br>2005 N Central Ave, Ste 100<br>Phoenix AZ 85004-1546 |
| Arizona Gastroenterology<br>1455 83rd Ave Bld 4 STE 122<br>Peoria AZ 85381 | Arstrat<br>231 West Main St 2 floor<br>Denison TX 75020-3024 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 |
| Citibank/Best Buy<br>Attn: Bankruptcy<br>Po Box 790441<br>St. Louis MO 63179-0441 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Credit One Bank<br>6801 S Cinarron Rd<br>Las Vegas NV 89113-2273 |
| Credit Union 1<br>Attn: Bankruptcy<br>200 East Champaign Avenue<br>Rantoul IL 61866-2940 | DMG 292<br>2929 E Thomas<br>Phoenix AZ 85016-8034 | Enticare<br>2051 W Chandler Blvd ste 5<br>Chandler AZ 85224-6239 |
| First Care Medical<br>1635 West Glendale<br>Phoenix AZ 85021-8813 | First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls SD 57117-5524 | Genesis Financial/Jared<br>Genesis FS Card Services<br>Po Box 4477<br>Beaverton OR 97076-4401 |
| Hono Health<br>2500 W Utopia Rd #100<br>Phoenix AZ 85027-4172 | Honor Health<br>8125 N Hayden Rd,<br>Scottsdale AZ 85258-2463 | Honor Health Physician<br>2500 W. Utopia Road<br>Phoenix AZ 85027-4172 |
| Kohls/Capital One<br>Kohls Card Support/Bankruptcy<br>Po Box 3120<br>Milwaukee WI 53201-3120 | M3 Financial Services Inc<br>10330 Roosevelt Road<br>Ste 200<br>Westchester IL 60154-2564 | Phoenix Neorology & Sleep<br>2040 N Litchfield RD<br>Goodyear AZ 85395 |
| Phoenix Neurology & Sleep<br>2940 N Litchfield Rd<br>Goodyear AZ 85395-7830 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SherloQ<br>C/O Maricopa Intergrated Health System<br>134 S Tampa Street<br>Tampa FL 33602-5354 |

| | | |
|---|---|---|
| Sonora Quest Lab<br>1255 West Washington<br>Tempe AZ 85281-1210 | Sonora Quest Laboratories<br>PO Box 52880<br>Phoenix AZ 85072-2880 | Syncb/ebay<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando FL 32896-0001 | Thinh LE PLLC<br>PO Box 7118<br>Chandler AZ 85246-7118 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 |
| Torres Crdit<br>Attn: Bankruptcy<br>Po Box 189<br>Carlisle PA 17013-0189 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003-1927 |
| LYNNETTA D BROWN<br>3222 W CHERYL AVE, APT 126<br>PHOENIX, AZ 85051-1313 | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076-2780 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Tidewater Finance Co
Attn: Bankruptcy
6520 Indian River Rd
Virginia Beach VA 23464

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41