# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

LYNNETTA D. BROWN,

Debtor

Case No. 2:20-bk-13418-DPC

SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONTINUE AUTOMATIC STAY

I, LYNNETTA D. BROWN, Debtor in the above entitled case, hereby declare under penalty of perjury:

1. I make this Supplemental Declaration in support of my Motion to Continue Automatic Stay.

2. I have provided trustee EDWARD J. MANEY, a copy of my 2019 Federal Income Tax Return and submitted my tax refund as a supplemental payment in my prior Chapter 13 case. A copy of my tax refund receipt, proof of supplemental trustee payment and Trustee Maney's letter acknowledging receipt of my tax return is attached hereto.

3. I erroneously failed to timely submit my 2019 State income tax return to Trustee Maney.

4. At my hearing on January 5, 2021, I mistakenly stated that I received a 2019 State tax refund in the amount of $10. I actually owed $10 to the State of Arizona, and accordingly, was not required to make any supplemental payment to the Trustee for my 2019 State income taxes.

5. I have now mailed a copy of my State of Arizona return to Trustee Maney.

Respectfully submitted:

/s/ Lynnetta d Brown
LYNNETTA D. BROWN



**Adv Plus Banking - 3352: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 07/29/2020 |
| **Amount:** | 567.04 |
| **Type:** | Deposit |
| **Description:** | TAX PRODUCTS PE3 DES:SBTPG LLC ID:97EXQTIEO INDN:BROWN LYNNETTA CO ID:XXXXX60102 PPD |
| **Merchant name:** | SANTA BARBARA TAX PRODUCTS GROUP |
| **Transaction category:** | Income: Deposits |

# Account Ledger



Case 1911133  Debtor1 LYNNETTA D BROWN  Trustee MANEY, EDWARD (PHOENIX, AZ)

Filter By    All Claims    All Payees            Receipts        All Time

## Receipts & Disbursements



| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/05/2020 | | | N/A | TFS PAYMENT | $500.00 |
| 09/04/2020 | | | N/A | TFS PAYMENT | $450.00 |
| 08/17/2020 | | | N/A | SUPPLEMENTAL | $567.04 |
| 07/20/2020 | | | N/A | TFS PAYMENT | $350.00 |
| 06/22/2020 | | | N/A | TFS PAYMENT | $350.00 |
| 05/26/2020 | | | N/A | TFS PAYMENT | $350.00 |
| 04/20/2020 | | | N/A | TFS PAYMENT | $350.00 |
| 03/10/2020 | | | N/A | TFS PAYMENT | $600.00 |
| 02/19/2020 | | | N/A | TFS PAYMENT | $600.00 |
| 01/08/2020 | | | N/A | TFS PAYMENT | $600.00 |
| 12/09/2019 | | | N/A | TFS PAYMENT | $600.00 |
| 11/12/2019 | | | N/A | TFS PAYMENT | $600.00 |

| DATE PAID ▼ | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 10/04/2019 | | | N/A | TFS PAYMENT | $600.00 |

EDWARD J. MANEY
CHAPTER 13 TRUSTEE
101 North First Ave. Suite 1775
Phoenix, Arizona 85003

(602) 277-3776 Ext. 201
Fax (602)277-4103
lknutson@maney13trustee.com

Date: August 18, 2020

Case No: 19-11133

Name: LYNNETTA D BROWN
3222 W CHERYL AVE APT 126
PHOENIX, AZ. 85051

Ms. Brown,

We are in receipt of the 2019 Federa Tax Returns that you submitted; however, we are missing the 2019 state form A140, schedules, W2s and 1099s.

Please provide completed copies of the 2019 State Tax Returns so we can update our records. Please mail returns to 101 N. First Ave., Suite 1775, Phoenix, AZ 85003. Our office cannot close your case and you will not receive your **Discharge** until you have complied with all of the requirements of the Confirmation Order.

Should you fail to comply with this requirement, the Trustee will move for the Dismissal of your case.

Sincerely,

**Linda Knutson**
Digitally signed by Linda Knutson
Date: 2020.08.18 14:30:43 -07'00'

Linda Knutson
Claims Administrator

CC: Thomas Adams Mcavity