**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:

LYNNETTA D. BROWN,

Debtors

) Chapter: 13
) Case No. 2:20-bk-13418-DPC
)
) ORDER TO CONTINUE AUTOMATIC
) STAY AFTER PRIOR DISMISSAL WITHIN
) YEAR OF FILING
)

The Debtor having moved to continue the Automatic Stay, and good cause having been found,

IT IS ORDERED granting Debtor's Motion to Continue Automatic Stay in the above captioned Chapter 13 Case.

**Dated & Signed Above**